| PROB 22 (Rev. 01/24) | Case 1:24-pt-00016-JMB  ECF No. 3,  PageID.30  Filed 07/26/24  Page 1 of 1 | DOCKET NUMBER *(Tran. Court)* 0645 2:23CR20558 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 1:24PT00016 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Dionessa Kamari Tippins | DISTRICT Eastern District of Michigan | DIVISION Detroit |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Thomas A. Varlan Jurisdiction accepted by Honorable Laurie J. Michelson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/01/2023 | TO 08/31/2028 |

**OFFENSE**

Count 1: 21 U.S.C. §§ 846, 841(A)(1) and (B)(1)(A) – [Lesser Included Offense] Conspiracy to Distribute and Possess With Intent to Distribute 40 Grams or More of Fentanyl and 100 Grams or More of Heroin

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision).
Transfer of Jurisdiction will provide economic and administrative advantages. It would also aid in protecting public safety by helping ensure violations or non-compliant behaviors are addressed in a timely fashion and with the most efficiency.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    MICHIGAN

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Western District of Michigan  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 12, 2024 | s/Laurie J. Michelson |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 26, 2024 | /s/ Jane M. Beckering |
|---|---|
| *Effective Date* | *United States District Judge* |